THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IRVING GREEN, | CASE NO. C19-0970-JCC |
| Plaintiff, | ORDER |
| v. | |
| SWEDISH HEALTH SERVICES, dba SWEDISH HEALTH CENTER, | |
| Defendant. | |

This matter comes before the Court on attorney Nolan Patrick Lim's (Dkt. No. 20) unopposed motion to withdraw as counsel for Plaintiff Irving Green. Having thoroughly considered the parties' briefing and the relevant record, the Court finds oral argument unnecessary and hereby GRANTS the motion for the reasons explained herein.

No attorney shall withdraw an appearance without leave of the Court if the withdrawal will leave the client without representation. W.D. Wash. Local Civ. R. 83.2(b)(1). An attorney will ordinarily be permitted to withdraw until 60 days before the discovery cut-off date. *Id*. The decision to deny or grant counsel's motion to withdraw is within the discretion of the Court. *Washington v. Sherwin Real Estate, Inc.*, 694 F.2d 1081, 1087 (7th Cir. 1982).

Plaintiff filed his complaint in King County Superior Court, and Defendant removed the case to the Court on June 21, 2019. (*See* Dkt. Nos. 1, 1-3.) Discovery cutoff is June 5, 2020.

1  Thus, Mr. Lim's motion is timely. *See* W.D. Wash. Local Civ. R 83.2(b)(1). Mr. Lim's motion to
2  withdraw complies with the Local Rules' certification requirements. *See* W.D. Wash. Local Civ.
3  R. 83.2(b)(1); (Dkt. Nos. 20, 21). Defendant does not oppose Plaintiff's motion. (Dkt. No. 22.)

Therefore, Mr. Lim's motion for leave to withdraw as counsel for Plaintiff (Dkt. No. 20) is GRANTED. In accordance with the Court's order, attorney Nolan Patrick Lim and his law firm, Nolan Lim Law Firm PS, are GRANTED leave to withdraw from representation and as counsel in this action for Plaintiff, effective as of the date this order is issued. The Clerk is DIRECTED to mail a copy of this order to Plaintiff Irving Green at: 11202 2nd Ln SW Apt H202, Seattle, WA 98146.

DATED this 3rd day of February 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE